<u>**EXHIBIT "A"**</u>

| IN RE: | § | Case No. 05-93437-H4-7 |
|---|---|---|
| | § | |
| LLOYD G. STOKES AND | § | (Chapter 7) |
| IRENE R. STOKES, | § | |
| | § | |
| DEBTOR. | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends

__X__ Unclaimed Dividends

| | |
|---|---|
| Ck #5004    Claim #2 | Ck #5005    Claim #3 |
| Chevron Credit Bank, NA | Schreiber & Associates |
| 2001 Diamond Blvd. | 65 Flagship Drive |
| PO Box 5010, Sec 230 | North Andover, MA |
| Concord, CA 94524-0010 | 01845-61003 |
| $643.82 | $2,919.52 |

|  |  |
|---|---|
| Total Unclaimed Dividends | n/a |
| Total Small & Unclaimed Dividends | $ 3,563.34 |